IN THE UNITED STATES
DISTRICT COURT FOR THE
WESTERN DISTRICT OF
TEXAS AUSTIN DIVISION

| | |
|---|---|
| CYNTHIA MARIE THOMPSON and EDWARD LEE THOMPSON, § § § | |
| *Plaintiffs*, § § | CIVIL ACTION NO. 1:25-cv-00057 |
| v. § § | JURY TRIAL DEMANDED |
| HOBBY LOBBY STORES, INC., and HOBBY LOBBY, CEDAR PARK TEXAS, § § § § | |
| *Defendants*. § | |

**PLAINTIFF'S FIRST
AMENDED PETITION**

**COME NOW**, Plaintiffs Cynthia Marie Thompson and Edward Lee Thompson complaining of Defendant Hobby Lobby Stores, Inc. and Hobby Lobby, Cedar Park, Texas.

**I.**

**DISCOVERY CONTROL PLAN/MONETARY CLAIM FOR RELIEF**

1.01 Discovery in this case is intended to be conducted under Level 3, Texas Rules of Civil Procedure, 190.4. Pursuant to Rule 47, Plaintiffs, Cynthia Marie Thompson and Edward Lee Thompson, state that their entire monetary claim for relief is more than $250,000.00, but less than $1,000,000.00 (one million) dollars.

## II.

## VENUE/JURISDICTION

2.01 Venue is proper in Williamson County, Texas pursuant to section 15.001 et seq. of the Texas Civil Practice and Remedies Code as the fall and resulting injuries and other damages that are the basis of this case occurred at the Hobby Lobby Store located at 1501 E. Whitestone Boulevard Unit D Cedar Park, Texas 78613 in Williamson County, Texas.

2.02 The amount in controversy exceeds the minimum jurisdictional limits of this court. Moreover, this court has jurisdiction over Defendants.

## III.

## PARTIES

3.01 Plaintiffs, Cynthia Marie Thompson and Edward Lee Thompson are residents of Travis County, Texas.

3.02 The last three digits of Cynthia Marie Thompson's social security number are 693 and the last three of her Texas Driver's license number are 411.

3.03 The last three digits of Edward Lee Thompson's social security number are 325 and the last three digits of his Texas Driver's license number are 943.

3.04 Defendant, Hobby Lobby Stores Inc., is a business that may be served with

process by serving their Registered Agent, Corporation Service Company dba CSC-Lawyers Incorporating Service Company at 211 E. 7th Street, Suite 620 Austin, Texas 78701-3218. Hobby Lobby, Cedar Park Texas is located at 1501 E. Whitestone Boulevard Unit D Cedar Park, Texas 78613.

## IV.

## BACKGROUND FACTS-NEGLIGENCE/LIABILITY, PREMISES LIABILITY

## NEGLIGENT ACTVITY CLAIM

4.01 This is a Premises Liability Case. Defendant allowed an unreasonable risk of harm to Plaintiffs and knew or should have known of the danger of the harm and failed to exercise ordinary care to protect Cynthia Marie Thompson from the danger. Alternatively, this is a Negligent Activity Case. Defendant's employees left a storage box in the aisle Cynthia Marie Thompson was walking down on and those employees were restocking shelves from the box left in the aisle at the same time that Plaintiff Cynthia Marie Thompson attempted to step around the box and fell on the hard floor injuring her left arm, left shoulder, neck and back.

4.02. On Thursday, December 8, 2022 after 3:00 P.M. CST, Cynthia Marie Thompson entered the Hobby Lobby Store located at 1501 E. Whitestone Boulevard Unit D Cedar Park, Texas 78613 to exchange Christmas lights she had previously purchased at Hobby Lobby on Wednesday December 7, 2022. At the time Cynthia Marie Thompson was walking inside the Hobby Lobby Store down an aisle, Hobby

Lobby employees were restocking shelves from a box left in the aisle she was walking down. Plaintiff Cynthia Marie Thompson fell when she tried to step around the restocking box and was injured as a direct result of the contemporaneous activity of store employees restocking shelves from the box left in the aisle. There were no posted signs alerting customers that the restocking supplies on the hard floor were a slip and fall hazard. As a direct and proximate result of Defendant's negligence Cynthia Marie Thompson fell on the hard floor severely injuring her back, neck, left shoulder and arm. As a direct and proximate result of the activity of the store employees of Hobby Lobby in not restricting the area where they were restocking shelves from the supplies were left in the aisle, or alerting its customers that there was a slip and fall hazard in the store. Cynthia Marie Thompson has needed extensive medical evaluation and treatment, including significant physical therapy and had left shoulder surgery including rotator cuff repair performed by Dr. Donavan Kip Murphy, MD Board Certified Orthopedic Surgery with Subspecialties in Elbow Surgery and Shoulder Surgery and White Medical Center in Lakeway, Texas.

Cynthia Marie Thompson suffered a concussion from her December 8, 2022 fall at Hobby Lobby. Beginning on March 30, 2023 Cynthia Marie Thompson has been under the care of Dr. Jess David Collins, MD Neurologist and Karan Saini Physician Assistant for the Concussion suffered Intractable headaches, migraines, Cervical and Lumbar Radiculopathy and Post Concessional Syndrome from her fall

on December 8, 2022.

## V.

## ACTUAL DAMAGES

5.01 As a result of the negligent acts and/or omissions of Defendants, Plaintiff Cynthia Marie Thompson has sustained resulting damages. Those damages include: damages and compensation (in an amount to be determined by the trier of fact) for the following:

    a. Reasonable/necessary healthcare expenses in the past;

    b. Physical pain and suffering in the past;

    c. Physical pain and suffering, that in all likelihood, will be sustained in the future;

    d. Physical impairment in the past;

    e. Physical impairment, that in all likelihood, will be sustained in the future;

    f. Mental anguish in the past;

    g. Mental anguish that, in all probability will be sustained in the future;

    h. Reasonable expenses of medical/healthcare, that in all probability, will be sustained in the future;

    i Loss of household services in the future; and

    j. Loss of consortium in the past and future.

5.02 As a result of the negligent acts and/or omissions of Defendants, Plaintiff

Edward Lee Thompson has sustained resulting damages. Those damages include: damages and compensation (in an amount to be determined by the trier of fact) for the following: a. Loss of household services in the past and future; and b. Loss of consortium in the past and future.

## VI.

## NOTICE THAT DOCUMENTS WILL BE USED

6.01 Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiffs Cynthia Marie Thompson and Edward Lee Thompson, hereby give notice that all documents produced by Defendant will be used at any pre-trial proceeding or at the trial of this case.

6.02 Plaintiffs, Cynthia Marie Thompson and Edward Lee Thompson also sue for pre-judgment and post-judgment interest on the items of damages allowed by law.

## VII.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Cynthia Marie Thompson and Edward Lee Thompson , pray that Defendant be cited in terms of law to appear and answer herein and that upon final hearing hereof Plaintiff, Cynthia Marie Thompson and Edward Lee Thompson have and recover from and against the Defendant, a sum that is within the jurisdictional limits of this Court and an

additional sum that is in excess of the minimum jurisdictional limits of this court for the damages listed above, including but not limited to, past/future healthcare expenses, past/future physical impairment, past/future physical pain and suffering, mental anguish, reasonable and equitable attorney's fees and for pre-judgment and post-judgment interest, for a trial by jury, for costs of court, and for such other and further relief, in law and in equity to which Plaintiffs Cynthia Marie Thompson and Edward Lee Thompson may show themselves justly entitled.

        Respectfully Submitted,

        Law Office of Pardue and   Associates, PLLC
        */s / Keith A. Pardue*
        Keith A. Pardue
        SBN 15458500
        2802 Flintrock Trace Suite 260
        Austin, Texas 78738
        512-413-7156
        512-371-4145 fax
        keith@keithparduelaw.com

        **Attorney for Plaintiffs**
        **Cynthia Marie Thompson**
        **& Edward Lee Thompson**

## **CERTIFICATE OF SERVICE**

The undersigned Keith A. Pardue does hereby certify that on August 1, 2025 the foregoing Plaintiff's First Amended Petition was electronically filed as required by the United States District Court for the Western District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, to the following who are indicated to be registered filers in the United States District Court for the Western District of Texas.

    Robin R. Gant
    Zach T. Meyer
    Caleb Boldt