**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CYNTHIA MARIE THOMPSON and** | § | |
| **EDWARD LEE THOMPSON,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | **CIVIL ACTION NO. 1:25-cv-00057** |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **HOBBY LOBBY STORES, INC., and** | § | |
| **HOBBY LOBBY, CEDAR PARK** | § | |
| **TEXAS,** | § | |
| | § | |
| *Defendants.* | § | |

**AGREED MOTION TO EXTEND CERTAIN**
**SCHEDULING ORDER DEADLINE**

Plaintiffs Cynthia Marie Thompson and Edward Lee Thompson ("Plaintiffs") and Defendant Hobby Lobby Stores, Inc. ("Defendant") (collectively the "Parties") file this Agreed Motion to Extend Certain Scheduling Order Deadline and respectfully show the Court as follows:

1.     Plaintiffs filed an Original Petition in 395th  Judicial District Court in Williamson County against Defendants on December 7, 2024. On January 13, 2025, Defendant, Hobby Lobby Stores, Inc. ("Hobby Lobby") filed a Notice of Removal to the United States District Court for the Western District of Texas – Austin Division.

2.     On January 6, 2025, Defendant, Hobby Lobby filed its Original Answer to Plaintiff's Original Petition and Demand for Jury Trial.

3.     On June 16, 2025, the Court entered a Agreed Scheduling Order in the above cause [Dkt # 13].

4. On August 1, 2025, Defendant filed its First Amended Answer to Plaintiff's Original Petition. and on the same date, Plaintiffs filed their First Amended Petition.

7. The Parties are still investigating the claims in this matter, and discovery is ongoing. However, discovery has been delayed because Plaintiffs' medical providers' have been slow in providing medical and billing records. As a result, the Parties need additional time to complete the necessary discovery and make a good faith attempt to resolve this case at mediation. Accordingly, the Parties respectfully request that the Court extend the deadline for the Parties to file their alternative dispute resolution report. As set forth in the Certificate of Conference below, both Parties agree to the relief sought in this motion.

8. This request is not sought for purposes of delay and does not ask the Court to re-set the trial in this matter.

9. Should the Court grant the Parties' request, they seek an extension of the following deadline in the current Scheduling Order [DKT No. 13] as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed. | September 5, 2025 | October 8, 2025 |
| Jury Trial | July 13, 2026 | Not changed |

## II.
## CONCLUSION AND PRAYER

10. Based on the foregoing, the Parties respectfully request that the Court grant this Motion and extend the above deadline in this case. The Parties further

pray for such other and further relief, both at law or in equity, to which they may be justly entitled.

Respectfully submitted,

**MAYER LLP**
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
214.349.6900 / F:214.379.6939

By:   */s/ Caleb F. Boldt*
   Robin R. Gant
   State Bar No. 24069754
   E-Mail: rgant@mayerllp.com
   Zach T. Mayer
   State Bar No. 24013118
   E-Mail: zmayer@mayerllp.com
   Caleb F. Boldt
   State Bar No. 24138777
   E-Mail: cboldt@mayerllp.com

   ***Attorneys for Defendant***
   ***Hobby Lobby Stores, Inc.***

**LAW OFFICES OF PARDUE AND ASSOCIATES, PLLC**
2802 Flintrock Trace Suite 260
Austin, Texas 78738
512.266.8135 / F: 512.371.4145

By:   */s/ Keith A. Pardue (w/permission)*
   Keith A. Pardue
   State Bar No. 15458500
   E-Mail: keith@keithparduelaw.com

   ***Attorney for Plaintiffs***
   ***Cynthia Marie Thompson and***
   ***Edward Lee Thompson***

## CERTIFCATE OF CONFERENCE

I, the undersigned counsel hereby certify that I conferred with Keith Pardue, counsel for the Plaintiffs on August 27, 2025, via telephone, regarding the Motion. Mr. Pardue advised that he is not opposed to the relief sought in this Motion. As such, counsel for the Parties join in requesting the relief sought in this motion.

*/s/ Caleb F. Boldt*
Caleb F. Boldt
